NOVEMBER 30, 1955

**No. 59522.**—E. Wagman & Co., Limited *v.* United States, protests 239601–K and 239598–K.——Abstract 59150. Motion of Government for rehearing granted.

**No. 59523.**—Fairfield Wool Co., Inc., et al. *v.* United States, protests 187846–K, etc.——Abstract 59074. (Initial No. 170824–K.) Motion of Government for rehearing granted.

BEFORE THE FIRST DIVISION, DECEMBER 8, 1955

**No. 59524.**—S. S. Kresge Company et al. *v.* United States, protests 98754–K, etc. (Seattle).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the items of merchandise marked "C" consist of cardboard sleds with reindeer, composed in chief value of papier mâché, the same as those the subject of Abstract 25921, said merchandise was held dutiable at 35 percent under paragraph 1413 as boxes, composed in chief value of papier mâché, not specially provided for. The items marked "P," stipulated to consist of animal or human figures, composed wholly or in chief value of papier mâché, the same as those involved in Abstract 56975, were held dutiable at 25 percent under paragraph 1403 as manufactures of papier mâché, not specially provided for.

**No. 59525.**—Lo Curto & Funk *v.* United States, protest 224455–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of "purified cerium oxyde," which is not smalts, frostings, and all ceramic and glass colors, fluxes, glazes, and enamels, ground or pulverized, but is a chemical compound, other than ajinomoto and other monosodium glutamate preparations, ammonium silicofluoride, Haarlem oil, and products chiefly used as assistants in preparing or finishing textiles, the claim of the plaintiff was sustained.